UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES W. PETERS AS EXECUTOR OF THE
ESTATE OF LYNN PETERS F/K/A LYNN M. DEJAC,

           Plaintiff,

v.

CITY OF BUFFALO, BUFFALO POLICE
DEPARTMENT, COUNTY OF ERIE,
JOSEPH J. MARUSAK, FRANK J. CLARK, III,
DET. JAMES LONERGAN, Individually and as
Officer of BUFFALO POLICE DEPARTMENT,
DET. MARK STAMBACH, Individually and as
Officer of BUFFALO POLICE DEPARTMENT,
DET. MICHAEL D. LYONS, Individually and
as Officer of BUFFALO POLICE DEPARTMENT,
DET. HENRY SMARDZ, Individually and as
Officer of BUFFALO POLICE DEPARTMENT,
DET. ANGELO CANNIZZARO, Individually and
as Officer of BUFFALO POLICE DEPARTMENT,
JOHN DOES NO. 1-5, Individually and as Officers
of BUFFALO POLICE DEPARTMENT,
LT. JAMES D. RAUTENSTRAUCH, Individually
and as Officer of BUFFALO POLICE DEPARTMENT,
CHARLES T. FIERAMUSCA, Individually and as
Chief of Homicide of the BUFFALO POLICE
DEPARTMENT,
           Defendants.

**STIPULATION OF DISMISSAL**
*(Fed R. Civ. P. 41(a)(1)(A)(ii))*

Civil Docket No.: 10-cv-953

---

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the respective parties, through their counsel, that the above-captioned action be dismissed with prejudice, that the parties shall pay their own costs and attorney's fees, and further that this stipulation may be filed with the Clerk of the Court without further notice.

**DATED:** Buffalo, New York
June 17, 2015

*[signature]*

Steven M. Cohen, Esq.
HoganWillig
*Attorneys for Plaintiff*
2410 North Forest Road, Suite 301
Amherst, NY 14068

---

R. Scott Atwater
Gross, Shuman, Brizdle & Gilfillan, P.C.
*Attorneys for Defendant Joseph J. Marusak*
465 Main Street, Suite 600
Buffalo, NY 14203

---

Timothy A. Ball, Esq.
City of Buffalo Department of Law
*Attorneys for Defendants City of Buffalo, Buffalo Police Department,*
*Det. James Lonergan, Det. Mark Stambach, Det. James Michael D. Lyons*
*Det. Henry Smardz, Det. Angelo Cannizzaro, John Does 1-5, Lt. James*
*D. Rautenstrauch and Charles T. Fieramusca*
65 Niagara Square
Buffalo, NY 14202

*[signature]*

Andrea Schillaci, Esq.
Hurwitz and Fine, P.C.
*Attorneys for Defendant County of Erie*
1300 Liberty Building
Buffalo, NY 14202

*[signature]*

Terrence M. Connors, Esq.
Connors & Villardo, LLP
*Attorneys for Defendant Frank J. Clark, III*
1000 Liberty Building
424 Main Street
Buffalo, NY 14202

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES W. PETERS AS EXECUTOR OF THE
ESTATE OF LYNN PETERS F/K/A LYNN M. DEJAC,

                Plaintiff,

v.

CITY OF BUFFALO, BUFFALO POLICE
DEPARTMENT, COUNTY OF ERIE,
JOSEPH J. MARUSAK, FRANK J. CLARK, III,
DET. JAMES LONERGAN, Individually and as
Officer of BUFFALO POLICE DEPARTMENT,
DET. MARK STAMBACH, Individually and as
Officer of BUFFALO POLICE DEPARTMENT,
DET. MICHAEL D. LYONS, Individually and
as Officer of BUFFALO POLICE DEPARTMENT,
DET. HENRY SMARDZ, Individually and as
Officer of BUFFALO POLICE DEPARTMENT,
DET. ANGELO CANNIZZARO, Individually and
as Officer of BUFFALO POLICE DEPARTMENT,
JOHN DOES NO. 1-5, Individually and as Officers
of BUFFALO POLICE DEPARTMENT,
LT. JAMES D. RAUTENSTRAUCH, Individually
and as Officer of BUFFALO POLICE DEPARTMENT,
CHARLES T. FIERAMUSCA, Individually and as
Chief of Homicide of the BUFFALO POLICE
DEPARTMENT,

                Defendants.

**STIPULATION OF DISMISSAL**
*(Fed R. Civ. P. 41(a)(1)(A)(ii))*

Civil Docket No.: 10-cv-953

---

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the respective parties, through their counsel, that the above-captioned action be dismissed with prejudice, that the parties shall pay their own costs and attorney's fees, and further that this stipulation may be filed with the Clerk of the Court without further notice.

DATED: Buffalo, New York
June 17, 2015

*[signature]*

Steven M. Cohen, Esq.
HoganWillig
*Attorneys for Plaintiff*
2410 North Forest Road, Suite 301
Amherst, NY 14068

*[signature]*

R. Scott Atwater   Hugh C. Carlin
Gross, Shuman, Brizdle & Gilfillan, P.C.
*Attorneys for Defendant Joseph J. Marusak*
465 Main Street, Suite 600
Buffalo, NY 14203

*[signature] 8-24-15*

Timothy A. Ball, Esq.
City of Buffalo Department of Law
*Attorneys for Defendants City of Buffalo, Buffalo Police Department,
Det. James Lonergan, Det. Mark Stambach, Det. James Michael D. Lyons
Det. Henry Smardz, Det. Angelo Cannizzaro, John Does 1-5, Lt. James
D. Rautenstrauch and Charles T. Fieramusca*
65 Niagara Square
Buffalo, NY 14202

*[signature]*

Andrea Schillaci, Esq.
Hurwitz and Fine, P.C.
*Attorneys for Defendant County of Erie*
1300 Liberty Building
Buffalo, NY 14202

_____

Terrence M. Connors, Esq.
Connors & Villardo, LLP
*Attorneys for Defendant Frank J. Clark, III*
1000 Liberty Building
424 Main Street
Buffalo, NY 14202

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

2